Margaret L. Felkey, Defendant in Error, v. Mary Roberts and F. F. Roberts, Plaintiffs in Error.

Gen. No. 18,622. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed February 2, 1914.

## Statement of the Case.

Action by Margaret L. Felkey against Mary Roberts and F. F. Roberts for wages claimed to be due plaintiff from defendants for services rendered as a stenographer. To reverse a judgment in favor of plaintiff for one hundred and forty dollars, defendants bring error.

JESSE WILCOX, for plaintiffs in error.

ERNEST C. RENIFF, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

1. JUDGMENT, § 199*—*when joint judgment erroneous.* A judgment against two defendants jointly for wages, *held* erroneous as to both defendants because erroneous as to one, there being no evidence in the record to show employment of plaintiff by one of the defendants.

2. ASSUMPSIT, ACTION OF, § 65*—*persons liable for wages.* A person who might be beneficially interested in work done by a stenographer at the request of the stenographer's employer is not jointly liable for the stenographer's wages.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.